UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| JIMMIE TAYLOR | CIVIL ACTION |
| VERSUS | NO. 05-5479 |
| TERRY TERRELL, ET AL. | SECTION "A"(6) |

## ORDER

The Court having considered the petition, the record, the applicable law, and the magistrate judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. The Court finds that the petitioner's federal application should be **DENIED** as untimely. Further, the Court also finds that the petitioner's claim lacks merit and should be **DENIED** on the merits.

Accordingly;

**IT IS ORDERED** that the Plaintiff's Habeas Petition should be and is hereby **DISMISSED WITH PREJUDICE**.

New Orleans, Louisiana, Wednesday, April 25, 2007.

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE